UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE FOUSHI,

    Defendant.
_____/

Case No. 08-20024

Hon. Sean F. Cox

## SECOND AMENDED TRAVEL ORDER

Pursuant to 18 USC 4285, it is hereby ordered that the United States Marshal's Service provided non-custodial transportation for George Foushi from Tucson, Arizona to Detroit, Michigan and then back to Tucson, Arizona. He must appear before this Court on July 7, 2009 at 3:00 p.m.

    So Ordered.

S/Sean F. Cox
Sean F. Cox United States District Judge

Dated: June 15, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 15, 2009, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager